# CASE ANNOUNCEMENTS
## December 6, 2010

[Cite as *12/06/2010 Case Announcements #2*, 2010-Ohio-5955.]

## MOTION AND PROCEDURAL RULINGS

2010–2042.   Parkview Fed. Sav. Bank v. Grimm.
Cuyahoga App. No. 93899, 2010-Ohio-5005. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of lower court order and foreclosure scheduled for December 13, 2010,
It is ordered by the court that the appellee shall file a response to the motion for stay no later than Thursday, December 9, 2010.

# CASE ANNOUNCEMENTS
## December 7, 2010

[Cite as *12/07/2010 Case Announcements*, 2010-Ohio-5951.]

## MOTION AND PROCEDURAL RULINGS

2010–0854.   State v. Kirkland.
Hamilton C.P. No. B–0901629. This cause is pending before the court as a death penalty appeal from the Hamilton County Court of Common Pleas. Upon consideration of the joint motion to supplement the record,
It is ordered by the court that the motion is granted, and the trial court shall provide a copy of the remainder of the record in case No. B–0904028, which became First District Court of Appeals No. C–100277, within 20 days of the date of this entry.